UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WETCO RESTAURANT GROUP, L.L.C.** | **CIVIL ACTION** |
| **versus** | **No. 06-5745** |
| **PACIFIC INSURANCE COMPANY, LTD.** | **SECTION: I** |

### TEMPORARY RESTRAINING ORDER

Considering the complaint, the motion for a temporary restraining order, the arguments of both parties in chambers after notice, the law, and the facts,

**IT IS ORDERED** that the defendant, Pacific Insurance Company, LTD., be and hereby is **temporarily restrained** from cancelling Policy Number ZG 0033188.

**IT IS FURTHER ORDERED**, that this temporary restraining order shall remain in effect pending further order of the Court and in no event more than ten (10) days, unless the Court extends the period for one ten (10) day period, or unless defendant consents that it may be extended for a longer period; and

**IT IS FURTHER ORDERED,** that, pursuant to Fed. R. Civ. Pro. 65(c), plaintiff shall post a surety bond in the amount of two

hundred fifty thousand dollars ($250,000) as security, determined to be adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder; and

**IT IS FURTHER ORDERED,** that the motion for preliminary injunction shall be heard by the Court on the pleadings on **September 15, 2006.** The defendant shall submit a response to plaintiff's motion by that date. Plaintiff shall submit appropriate supplementary materials by that date.

New Orleans, Louisiana, September ___8th___, 2006.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE